IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. JFM 01-63 |
| PHILIP KATZ, et al., | ) | |
| Defendants. | ) | |

## ORDER

And now, this /2th day of _March_, 2001, in consideration of the United States' Motion to Enter Unchallenged Consent Decree, it is HEREBY ORDERED that this motion is GRANTED, and that the Consent Decree, which was lodged with this Court on January 5, 2001, be deemed entered this day.

_____
United States District Judge